IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAGUAR PREMIUM FINANCE ) <br> CORPORATION, a Texas corporation, ) <br> ) <br> Plaintiff, ) <br> ) CIVIL ACTION NO.: <br> v. ) 2:07cv1004-MEF <br> ) <br> ALL-AMERICAN SHOWS, INC., an ) <br> Alabama corporation; JOHN T. ) <br> ("TERRY") PORTEMONT, an ) <br> individual; THERESA PORTEMONT, ) <br> an individual, ) <br> ) <br> Defendants. ) | |

## COMPLAINT

Jaguar Premium Finance Corporation, a Texas corporation ("Jaguar Premium Finance"), for its complaint against All-American Shows, Inc., an Alabama corporation ("All-American Shows"), John T. ("Terry") Portemont ("Terry Portemont"), an individual, and Theresa Portemont, an individual (together, the "Portemonts"), says as follows:

### Basis of Jurisdiction

1. Jurisdiction for this action is based upon 28 U.S.C. §1332.

2. This Court has original jurisdiction of this action because the amount in controversy exceeds $75,000, exclusive of interest and costs, and this action is between citizens of different states.

### Citizenship of Parties

3. Jaguar Premium Finance is a Texas corporation with its principal place of business in San Antonio, Texas.

4. All-American Shows is an Alabama corporation with its principal place of business in Covington County, Alabama.

5. Terry Portemont is a resident and citizen of Covington County, Alabama.

6. Theresa Portemont is a resident and citizen of Covington County, Alabama.

## Facts

7. All-American Shows was in the carnival show business.

8. In order to obtain liability, worker's compensation, inland marine, and automobile insurance for its carnival show business, All-American Shows and its principal, Terry Portemont, sought an extension of credit from Jaguar Premium Finance to pay the insurance premiums that were owed for insurance provided to, and requested by, All-American Shows and the Portemonts.

9. Pursuant to that certain Commercial Premium Finance Agreement and Disclosure Statement dated June 29, 2006 (the "Finance Agreement"), All-American Shows and Terry Portemont promised to pay Jaguar Premium Finance the sum of $319,771.10, plus interest thereon at the rate of 14.00% per annum.

10. As a condition to the extension of credit by Jaguar Premium Finance to All-American Shows and Terry Portemont, Jaguar Premium Finance obtained the personal guaranty of Terry Portemont and Theresa Portemont pursuant to that certain Personal Guaranty dated June 29, 2006, and signed by Terry Portemont and Theresa Portemont and delivered to Jaguar Premium Finance (the "Guaranty Agreement"). Under the Guaranty Agreement, Terry Portemont and Theresa Portemont, individually, guaranteed and agreed to be liable for all obligations of All-American Shows to Jaguar

Premium Finance, "whether arising under the [Finance Agreement] or by operation of law or otherwise."

## Count One
### Breach of Contract

11. Jaguar Premium Finance repeats and realleges paragraphs 1 through 10, above, as if set forth in full herein.

12. All-American Shows and Terry Portemont breached the Finance Agreement by failing to make payments to Jaguar Premium Finance when the payments were due in accordance with the Finance Agreement.

13. Upon demand, All-American and Terry Portemont have failed and refused to pay the debt owed to Jaguar Premium Finance under the Finance Agreement.

14. After all due credits, All-American Shows and Terry Portemont owe Jaguar Premium Finance under the Finance Agreement, the total sum of $159,243.39 as of November 1, 2007, exclusive of additional accrued interest and costs of collection. This amount is comprised of $139,221.91, principal, $12,971.48, accrued interest, and $7,050.00, late fees. Interest accrues daily on the unpaid balance at the rate of $53.40 per day.

15. Pursuant to the Finance Agreement, All-American Shows and Terry Portemont agreed to pay the reasonable attorney's fees, court costs, and other collection costs incurred by Jaguar Premium Finance to enforce its rights under the Finance Agreement.

WHEREFORE, premises considered, Jaguar Premium Finance prays that this Court will enter judgment in its favor and against All-American Shows and Terry Portemont in the amount of $159,243.39, plus additional accrued interest, plus costs of

collection, and plus costs. Jaguar Premium Finance prays for such other and further relief that this Court deems appropriate.

## Count Two
### Implied Contract/Quasi Contract

16. Jaguar Premium Finance repeats and realleges paragraphs 1 through 15 above, as if set forth in full herein.

17. At the request of All-American Shows, Jaguar Premium Finance extended credit to All-American Shows to enable it to pay its insurance premiums for insurance coverage for All-American Shows.

18. To date, All-American Shows, by and through its President, Terry Portemont, represented and agreed to pay Jaguar Premium Finance for the credit Jaguar Premium Finance extended on behalf of All-American Shows.

19. All-American Shows repaid a portion of the debt owed to Jaguar Premium Finance for the credit it extended to All-American Shows.

20. To date, All-American Shows has failed and refused to pay the balance of the debt due to Jaguar Premium Finance for the credit it extended at the request of and for the benefit of All-American Shows.

WHEREFORE, premises considered, Jaguar Premium Finance prays that this Court will enter judgment in its favor and against All-American Shows in the amount of the unpaid debt, plus interest, and plus costs. Jaguar Premium Finance prays for such other and further relief that this Court deems appropriate.

## Count Three
### Money Had and Received

21. Jaguar Premium Finance repeats and realleges paragraphs 1 through 20 above, as if set forth in full herein.

22. At the request of All-American Shows and Terry Portemont, Jaguar Premium Finance extended credit to All-American Shows and Terry Portemont for the purchase of insurance coverage provided to and requested by All-American Shows and Terry Portemont.

23. To date, All-American Shows and Terry Portemont have failed to repay to Jaguar Premium Finance all of the money had and received by All-American Shows and Terry Portemont.

WHEREFORE, premises considered, Jaguar Premium Finance prays that this Court will enter judgment in its favor and against All-American Shows and Terry Portemont in the amount of the unpaid money had and received, plus interest, and plus costs. Jaguar Premium Finance prays for such other and further relief that this Court deems appropriate.

## Count Four
### Breach of Guaranty Agreement

24. Jaguar Premium Finance repeats and realleges paragraphs 1 through 23 above, as if set forth in full herein.

25. Terry Portemont and Theresa Portemont have breached the terms of the Guaranty Agreement by failing and refusing to pay the debt owed by All-American Shows and Terry Portemont to Jaguar Premium Finance.

26. As of November 1, 2007, the total amount owed under the Guaranty Agreement, after all due credits is $159,243.39, exclusive of additional accrued interest and costs of collection. This amount is comprised of $139,221.91, principal, $12,971.48, interest, and $7,050.00, late fees. Additional interest accrues on the debt at the rate of $53.40 per day.

27. Pursuant to the Guaranty Agreement, Terry Portemont and Theresa Portemont agreed to pay all expenses, including the reasonable attorneys' fees incurred by Jaguar Premium Finance in collecting or attempting to collect the obligations of All-American Shows due to Jaguar Premium Finance.

WHEREFORE, premises considered, Jaguar Premium Finance prays that this Court shall enter a judgment in favor of Jaguar Premium Finance and against Terry Portemont and Theresa Portemont in the amount of $159,243.39, plus additional accrued interest, plus costs of collection, and plus costs. Jaguar Premium Finance prays for such other and further relief that this Court deems appropriate.

_____
Anne Stone Sumblin (SUMBA8358)
Attorney for Jaguar Premium Finance

OF COUNSEL:
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 345
Kinston, AL 36453
(334) 565-3380
(334) 565-3076 (fax)
*asumblin@oppcatv.com*

Plaintiff's Address:
Jaguar Premium Finance Corp.
1250 NE Loop 410, Ste. 920
San Antonio, TX 78209-1523

Defendants Addresses:

All-American Shows, Inc.
c/o John T. Portemont, Registered Agent
P.O. Box 1577
Andalusia, AL 36420

John T. Portemont
P.O. Box 1577
Andalusia, AL 36420

Theresa Portemont
P.O. Box 1577
Andalusia, AL 36420

```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001169
Cashier ID: khaynes
Transaction Date: 11/14/2007
Payer Name: WALSTON WELLS AND BIRCHALL LLP
-----------------------------------------
CIVIL FILING FEE
  For: WALSTON WELLS AND BIRCHALL LLP
  Case/Party: D-ALM-2-07-CV-001004-001
  Amount:         $350.00
-----------------------------------------
CHECK
  Check/Money Order Num: 65538
  Amt Tendered:   $350.00
-----------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

Jaguar  Premium Finance Corp V. All
American Shows Inc. et al
```