IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAGUAR PREMIUM FINANCE CORPORATION, a Texas corporation,** )<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:07cv1004-MEF** |
| ) | |
| **ALL-AMERICAN SHOWS, INC., an Alabama corporation; JOHN T. ("TERRY") PORTEMONT, an individual; THERESA PORTEMONT, an individual,** )<br>)<br>)<br>)<br>)<br>) | |
| ) | |
| **Defendants.** ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-style action does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:  Jaguar Premium Finance Corporation is wholly owned by Mitchell H. Kaliff.

This 20th day of November, 2007.

                                                        __/s/ Anne Stone Sumblin_____
                                                        Anne Stone Sumblin (SUMBA8358)
                                                        Attorney for Jaguar Premium Finance

OF COUNSEL:
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 345
Kinston, AL 36453
(334) 565-3380
(334) 565-3076 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will serve notification of such filing on the following:

N/A

      To those not listed as participants on the CM/ECF system, the foregoing has been sent by U.S. Mail, postage prepaid to the following:

All-American Shows, Inc.
c/o John T. Portemont, Registered Agent
P.O. Box 1577
Andalusia, AL 36420

John T. Portemont
P.O. Box 1577
Andalusia, AL 36420

Theresa Portemont
P.O. Box 1577
Andalusia, AL 36420

                                                /s/ Anne Stone Sumblin
                                                Of Counsel