## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Glenda Aplin*  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): GLENDA APLIN
C. Date of Delivery: 11-30-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:

Theresa Portemont
P.O. Box 1577
Andalusia, AL 36420

07cv1004 S&C

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7004 0750 0000 4784 9641

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Glenda Aplin*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): GLENDA APLIN
C. Date of Delivery: 11-30-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:

John T. Portemont
P.O. Box 1577
Andalusia, AL 36420

07cv1004 S&C

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7004 0750 0000 4784 9634

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Glenda Aplin*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): GLENDA APLIN
C. Date of Delivery: 11-30-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:

All-American Shows, Inc.
c/o John T. Portemont, Registered Agent
P.O. Box 1577
Andalusia, AL 36420

07cv1004 S&C

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7004 0750 0000 4784 9627

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540