**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAGUAR PREMIUM FINANCE CORPORATION, a Texas corporation** ) ) ) | |
| **PLAINTIFF,** ) ) | |
| VS. ) ) | 2:07-cv-1004-MEF |
| **ALL-AMERICAN SHOWS, INC., an Alabama corporation, et al.,** ) ) ) | |
| **DEFENDANTS.** ) | |

## ANSWER

Come now Defendants, by and through counsel, and hereby answer Plaintiff's Complaint as follows:

### FIRST DEFENSE

1. The Complaint fails to state a claim against Defendants upon which relief can be granted.

### SECOND DEFENSE

2. The Court lacks jurisdiction over the subject matter of the Complaint because the amount in controversy is less than the jurisdictional amount.

### THIRD DEFENSE

3. The Court lacks jurisdiction over the Defendants.

### FOURTH DEFENSE

4. Venue of this action is improper and proper venue lies in Covington County, Alabama, residence of the individual Defendants and principle place of business of the corporate Defendant.

### FIFTH DEFENSE

5. Plaintiff is not qualified to do business in the State of Alabama and therefore, lacks capacity to bring this action.

**SIXTH DEFENSE**

6. Plaintiff's action is barred by the equitable theory of duress.

**SEVENTH DEFENSE**

7. Plaintiff, by its actions is estopped to assert the matters set out in its Complaint.

**EIGHTH DEFENSE**

8. Plaintiff's relief is barred by failure of consideration.

**NINTH DEFENSE**

9. Plaintiff, by its actions, waived its right to recover under the Complaint.

**TENTH DEFENSE**

10. Defendants admit the allegations of paragraphs four, five, six and seven of the Complaint and except as admitted, alleges that they are without knowledge or information at this time sufficient to form a belief as to the truth of the other allegations contained in the Complaint and therefore denies same.

**Defendants demand trial by jury of all issues raised in the Complaint.**

Respectfully submitted,

s/ James R. Clifton
James R. Clifton (CLI006)
ASB-4103-N30J
Attorney for Defendants, All-American
Shows, Inc., Terry Portemont and
Theresa Portemont
Albrittons, Clifton, Alverson,
Moody & Bowden, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420
334-222-3177 - telephone
334-222-2696 - fax
rclifton@albrittons.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 19, 2007, I electronically filed the foregoing with the Clerk of the Court which shall send notification of such filing to the following counsel of record which includes:

Anne Stone Sumblin
Walston, Wells & Burchall, LLP
Post Office Box 345
Kinston, Alabama 36453

                s/ James R. Clifton