IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAGUAR PREMIUM FINANCE CORPORATION, a Texas corporation** | ) ) ) | |
| PLAINTIFF, | ) ) | |
| VS. | ) ) | 2:07-cv-1004-MEF |
| **ALL-AMERICAN SHOWS, INC., an** Alabama corporation, et al., | ) ) ) | |
| DEFENDANTS. | ) ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                Relationship to Party

_____      _____

_____      _____

_____      _____

_____      _____


December 20, 2007                          s/ James R. Clifton
        Date                                     Counsel Signature

                                                 James R. Clifton (CLI006)
                                                 ASB-4103-N30J
                                                 Attorney for Defendants, All-American
                                                 Shows, Inc., Terry Portemont and

>Theresa Portemont
>Albrittons, Clifton, Alverson,
>Moody & Bowden, P.C.
>Post Office Drawer 880
>Andalusia, Alabama 36420
>334-222-3177 - telephone
>334-222-2696 - fax
>rclifton@albrittons.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAM
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of the Court which shall send notification of such filing to the following counsel of record which includes:

Anne Stone Sumblin
Walston, Wells & Burchall, LLP
Post Office Box 345
Kinston, Alabama 36453

>s/ James R. Clifton