**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JAGUAR PREMIUM FINANCE CORP., a Texas corporation )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALL-AMERICAN SHOWS, INC., an Alabama corporation; JOHN T. ("TERRY") PORTEMONT, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:07cv1004-MEF |

**REPORT OF PARTIES' PLANNING MEETING**

1.   The following persons participated in a Rule 26(f) conference on January 9, 2008, by telephone:

   For the Plaintiffs:

   Anne Stone Sumblin, Esq.
   Walston Wells & Birchall LLP
   600 Highway 52
   Post Office Box 345
   Kinston, AL  36453
   *asumblin@oppcatv.com*

   For Defendants:

   James R. Clifton, Esq.
   Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
   109 Opp Avenue
   P.O. Drawer 880
   Andalusia, AL 36420-0880
   *rclifton@albrittons.com*

2.   Initial Disclosures:  The parties will complete by February 8, 2008, the initial disclosures required by Rule 26(a)(1).

3.  Discovery Plan, including ESI Issues:

    (a)  Discovery will be needed on these subjects: Plaintiff's claims on the debt and Defendants' asserted defenses to the debt.

    (b)  Dates for commencing and completing discovery, including discovery to be commenced or completed before other discovery: February 11, 2008, to commence and May 2, 2008, to complete.

    (c)  Maximum number of interrogatories by each party to another party, along with the dates the answers are due: 40 and answers due per Rule 33.

    (d)  Maximum number of requests for admission, along with the dates that responses are due: 15, and responses due per Rule 36.

    (e)  Maximum number of depositions by each party: 5.

    (f)  Limits on the length of depositions, in hours: 8 hours or as agreed.

    (g)  Dates for exchanging reports on expert witnesses: April 1, 2008.

    (h)  Dates for supplementations under Rule 26(e): April 18, 2008.

    (i)  ESI Discovery:

        (i)  The form and production of ESI: The parties do not expect the ESI involved to be extensive, and, thus, believe and agree that the production of ESI is to be accomplished in paper form.

        (ii) The approach to production that protects against waiver of attorney/client privilege or work-product protection: The parties agree that, in the event that any material that is determined to be protected by the attorney/client privilege or the work product doctrine is inadvertently produced as part of the production of ESI, the subject material shall be returned to the party which produced the material upon written request, and the material shall remain subject to any available protection or doctrine and will not be subject to claims of waiver and estoppel by the other party notwithstanding the inadvertent production of the same ("Clawback Agreement").

        (iii) The reasonable methods for preserving electronically stored information that will not disrupt day-to-day business operations: The parties have advised their clients to undertake reasonable and non-disruptive methods to preserve any and all ESI.

2

4. Other Items:

    (a) A date if the parties ask to meet with the court before a scheduling order: None.

    (b) Requested dates for pretrial conferences: At court's discretion depending on trial date.

    (c) Final dates for plaintiff to amend pleadings or to join parties: April 18, 2008.

    (d) Final dates to file dispositive motions: May 23, 2008.

    (e) State the prospects for settlement: In discussion.

    (f) Identify any alternative dispute resolution procedure that may enhance settlement prospects: None at this time.

    (g) Final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists: 3 weeks before trial.

    (h) Final dates to file objections under Rule 26(a)(3): 3 weeks before trial.

    (i) Suggested trial dates and estimate of trial length: The Plaintiff seeks a July 7, 2008, trial date and the Defendants seek a September 29, 2008, trial date. A jury trial is expected to take 1.5 to 2 days.

    (j) Other matters: None.

Respectfully submitted,

/s/ Anne Stone Sumblin
Anne Stone Sumblin
Attorney for Jaguar Premium Finance Corporation

OF COUNSEL:
Walston Wells & Birchall, LLP
Post Office Box 345
Kinston, AL 36453
Telephone: (334) 565-3380
Telecopier: (334) 565-3076
*Email: asumblin@oppcatv.com*

/s/ James R. Clifton
James R. Clifton
Attorney for Defendants

OF COUNSEL:
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
109 Opp Avenue
P.O. Drawer 880
Andalusia, AL 36420-0880
Telephone: (334) 222-3177
*Email: rclifton@albrittons.com*