**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAGUAR PREMIUM FINANCE CORPORATION, a Texas corporation,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **CIVIL ACTION NO.: 2:07cv1004-MEF** |
| **ALL-AMERICAN SHOWS, INC., an Alabama corporation; JOHN T. ("TERRY") PORTEMONT, an individual; THERESA PORTEMONT, an individual,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

**NOTICE of SERVICE
of INITIAL DISCLOSURES and DISCOVERY**

Jaguar Premium Finance Corporation ("Jaguar Premium"), plaintiff in the above-styled action, gives notice of the service by Jaguar Premium of its Initial Disclosures on February 8, 2008, and of the following discovery to each of the defendants on February 12, 2008: (a)   Plaintiff's First Request for Admissions to Defendants; (b) Plaintiff's First Request for Production of Documents to Defendants; and (c) Plaintiff's First Interrogatories to Defendants.

/s/ Anne Stone Sumblin
Anne Stone Sumblin (SUMBA8358)
Attorney for Jaguar Premium Finance

OF COUNSEL:
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 345
Kinston, AL 36453
(334) 565-3380
(334) 565-3076 (fax)
Email:  asumblin@oppcatv.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will serve notification of such filing on the following:

James R. Clifton, Esq.
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
109 Opp Avenue
P.O. Drawer 880
Andalusia, AL 36420-0880


/s/ Anne Stone Sumblin_____
Of Counsel