IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAGUAR PREMIUM FINANCE CORPORATION, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-1004-MEF |
| ) | |
| ALL-AMERICAN SHOWS, INC., *et al.,* ) ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #13) filed on March 4, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on March 27, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 20, 2008. The defendant may file a reply brief on or before March 27, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 6th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE