**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAGUAR PREMIUM FINANCE CORPORATION, a Texas corporation,** ) ) ) | |
| Plaintiff, ) ) | **CIVIL ACTION NO.:** |
| v. ) ) | **2:07cv1004-MEF** |
| **ALL-AMERICAN SHOWS, INC., an Alabama corporation; JOHN T. ("TERRY") PORTEMONT, an individual; THERESA PORTEMONT, an individual,** ) ) ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE of SATISFACTION of CONSENT JUDGMENT**

Pursuant to the Stipulation of Settlement filed by the parties to this action and the Consent Judgment entered in this action, Jaguar Premium Finance Corporation ("Jaguar Premium"), plaintiff in the above-styled action, gives notice of the full and complete satisfaction of each of the judgments against each of the defendants that were entered in the above-styled action.

/s/ Anne Stone Sumblin
Anne Stone Sumblin (SUMBA8358)
Attorney for Jaguar Premium Finance Corp.

OF COUNSEL:
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 345
Kinston, AL 36453
(334) 565-3380
(334) 565-3076 (fax)
Email:  asumblin@oppcatv.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will serve notification of such filing on the following:

James R. Clifton, Esq.
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
109 Opp Avenue
P.O. Drawer 880
Andalusia, AL 36420-0880

                                                /s/ Anne Stone Sumblin_____
                                                Of Counsel